13140

TUNKLE v. PADGETT *ET AL.*

(158 S. E., 693)

April, 1928.

*Messrs. W. C. Wolfe* and *N. M. Jarecky,* for appellant,

*Messrs. Padgett & Moorer,* for respondent,

May 14, 1931.

The opinion of the Court was delivered by MR. ACTING ASSOCIATE JUSTICE TOWNSEND, CIRCUIT JUDGE.

The Court is entirely satisfied with the findings and conclusions of the Circuit Judge, and, for the reasons assigned in his decree, the same are affirmed. See, also, the opinion in *Hodges v. Lake Summit Co.,* 155 S. C., 446-450, 152 S. E., 658, which was filed during the pendency of this appeal.

MR. CHIEF JUSTICE BLEASE and MESSRS. JUSTICES COTHRAN, STABLER and CARTER concur.